## REISING v UNIVERSAL CREDIT CO

Ohio Appeals, 1st Dist, Hamilton Co

No 4764. Decided April 1, 1935

George W. Platt, Cincinnati, for plaintiff.
Charles ·E. Dornette, Cincinnati, and Carl Phares, Cincinnati, for defendants.

Hall, Castellini, Frey & Jackson, Cincinnati, for plaintiff in error.

Broeman & Gallagher, Cincinnati, and ·Preston E. Garrison, Cincinnati,˙ for defendant in error.

For full opinion see 3 OO 355; 50 Oh Ap 289.